## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF NEW YORK
## CENTRAL ISLIP DIVISION

| | |
|---|---|
| RAYMOND HUDSON, Individually and For All Others Similarly Situated,<br><br>v.<br><br>ONE CALL CONCEPTS LOCATING SERVICES, INC. | Case No. 2:23-cv-09170-ST<br><br>Rule 23 Class Action<br><br>FLSA Collective Action |

### PLAINTIFF'S UNOPPOSED MOTION FOR FINAL APPROVAL OF CLASS AND COLLECTIVE ACTION SETTLEMENT AGREEMENT

Plaintiff Raymond Hudson seeks final approval of the parties' Settlement Agreement (Ex. 1) and requests that the Court enter an order, in the form attached hereto as Exhibit 5, that: (1) Grants final approval of the Settlement Agreement because it provides a fair, adequate, and reasonable result for all members of the Settlement Class; (2) Confirms the appointment of Class Counsel and the Named Plaintiff as Class Representative; (3) Orders the Parties to carry out all of the remaining and applicable terms of the Settlement; (4) Approves the attorneys' and settlement administrator's fees and costs; (5) Approves the service award to the Named Plaintiff; (6) Dismisses this Action with prejudice subject to the terms of the Settlement Agreement; and (7) Retains jurisdiction for the purposes of enforcement.

Date: July 25, 2025                                         Respectfully submitted,

                                                By: */s/ Andrew W. Dunlap*
                                                **Andrew W. Dunlap** (*Pro Hac Vice*)
                                                Texas Bar No. 24078444
                                                **Olivia R. Beale** (*Pro Hac Vice*)
                                                Texas Bar No. 24122166
                                                **JOSEPHSON DUNLAP, LLP**
                                                11 Greenway Plaza, Suite 3050
                                                Houston, Texas 77046
                                                713-352-1100 – Telephone
                                                713-352-3300 – Facsimile
                                                adunlap@mybackwages.com
                                                obeale@mybackwages.com

                                                **Richard J. (Rex) Burch**\*
                                                Texas Bar No. 24001807
                                                **BRUCKNER BURCH, PLLC**
                                                11 Greenway Plaza, Suite 3025
                                                Houston, Texas 77046
                                                713-877-8788 – Telephone
                                                rburch@brucknerburch.com

                                                Brent E. Pelton
                                                **PELTON GRAHAM LLC**
                                                111 Broadway, Suite 1503
                                                New York, New York 10006
                                                Phone: (212) 385-9700
                                                \* - *Pro hac vice* application forthcoming

                                                *Attorneys for Plaintiffs*

## CERTIFICATE OF SERVICE

      I hereby certify that the foregoing document was served by ECF electronic filing on all known parties on July 25, 2025.

                                                */s/ Andrew W. Dunlap*
                                                Andrew W. Dunlap