# CIVIL MINUTE ENTRY

| | |
|---|---|
| BEFORE: | Magistrate Judge Steven L. Tiscione |
| DATE: | August 15, 2025 |
| TIME: | 11:00 A.M. |
| DOCKET NUMBER(S): | CV-23-9170 (ST) |
| NAME OF CASE(S): | Hudson v. One Call Concepts Locating Services, Inc. |
| FOR PLAINTIFF(S): | Beale |
| FOR DEFENDANT(S): | Chasin |
| NEXT CONFERENCE(S): | See rulings below |
| FTR/COURT REPORTER: | Cisco (11:00 - 11:15) |
| RULINGS FROM Final Fairness Hearing: | |
| Court held Final Fairness Hearing on the Consent MOTION for Settlement Approval of Class and Collection Action Settlement Agreement [36]. For the reasons discussed in the attached Order, the Motion is GRANTED, the settlement is approved and the case is closed. | |